**Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 20-cv-7614**

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | Supermen Store | 2 | Queen6 Store |
| 3 | Outdoor Tactical Camouflage Store | 4 | Walking On The Road Store |
| 5 | Supermen2 Store | 6 | Tanabata Store |
| 7 | Shop2963080 Store | 8 | WIKILEAKS -discount Store |
| 9 | The Runner Outdoor Store | 10 | the montain top outdoor tech Store |
| 11 | Shop4406227 Store | 12 | Tactical Clothes Factory Store Store |
| 13 | Shop XTE P Store Store | 14 | Shop4451022 Store |
| 15 | Shop4936030 Store | 16 | TIAN BULON Footwear Store |
| 17 | pheton Store | 18 | Shop5366259 Store |
| 19 | Shop5426052 Store | 20 | Shop5429111 Store |
| 21 | Shop5589462 Store | 22 | WEH Store |
| 23 | Shop5733233 Store | 24 | Shop5777699 Store |
| 25 | xmqiansuo Store | 26 | Shop5790901 Store |
| 27 | Shop5792049 Store | 28 | Shoe Dropshipping Store |
| 29 | ROMSUN Healthy Factory Store | 30 | Shop5872518 Store |
| 31 | PARZIVAL Store | 32 | Shop5877505 Store |
| 33 | Shop5880199 Store | 34 | Shop5890718 Store |
| 35 | Shop5891184 Store | 36 | Shop900237296 Store |
| 37 | Shop900239179 Store | 38 | Shop900239220 Store |
| 39 | Shop900244394 Store | 40 | Shop900245228 Store |
| 41 | Shop900251285 Store | 42 | TD children's shoe Store |
| 43 | Xian Yu Store | 44 | TAOTAOYUAN Dropshipping Store |
| 45 | Shop910349133 Store | 46 | Shop910363383 Store |
| 47 | Shop910367179 Store | 48 | Shop910559201 Store |
| 49 | FeiXianZhouShengBanCaiChang | 50 | guangzhouchangshuang |
| 51 | suzhoujiamenglaikongjianzhuangshiyouxiangongsi | 52 | Newnorthstar |
| 53 | koupengus | 54 | StarskyCase |
| 55 | QionCoact | 56 | LYONLO |
| 57 | Lewis R Hart | 58 | HuangJuFang |
| 59 | HeiLongJiangShengJiaSuJiQingShangMaoYouXianGongSi | 60 | Gymmn |
| 61 | ouhongyi5224 | 62 | Fishglad |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 63 | WOSHIDASHUAIGE | 64 | LiYanJie |
| 65 | NicholePHutsel | 66 | Phonkal |
| 67 | NIKOYI RONG | 68 | xsfszxfe |
| 69 | Yogurt Candy | 70 | YTUS |
| 71 | Hxp | 72 | hefuming198 |
| 73 | Joshua G McClinton | 74 | shermpaintsjn |
| 75 | KIMDFACE US | 76 | king maoshen |
| 77 | SAVIRA-FJ | 78 | YAOyouqian |
| 79 | Hui han | 80 | Michelle L Kerwin |
| 81 | LIDIANMIN | 82 | ngqinxinxikejiyou |
| 83 | SHIM | 84 | MONLOV |
| 85 | FEEWELL | 86 | HongDaDianQiMenShiBu |
| 87 | TeeLike LLC | 88 | surveilleo |
| 89 | LiChengQuSuYueShuShiDian-Chen YanXia | 90 | YWXK JTSD |
| 91 | Hui peng rong | 92 | Xin Laifu |
| 93 | hengshuiailidianzishangwuyouxiangongsivhvrx | 94 | RuiChengXianCaiFengRiZaDian |
| 95 | HotCC9 | 96 | Habutai |
| 97 | Sally J Sotelo | 98 | joyprint |
| 99 | THERE OUT | 100 | Jerryan NZR CYAN |
| 101 | Yujiao Sport | 102 | YKHEN |
| 103 | pojhhfr | 104 | Xitai Farmers Market |
| 105 | R&Audio1430 | 106 | ToddKRivera |
| 107 | Stone Trade Tech | 108 | FJEBDVE |
| 109 | loudihongtengkejiyouxiangongsi | 110 | luomawenhua |
| 111 | MATTER OF EDUCATION LIMITED | 112 | OBSA |
| 113 | SAURW | 114 | SHUOYI |
| 115 | GeGewei | 116 | wuqi777489595 |
| 117 | PuyuNewShop | 118 | xvbfgjhfh |
| 119 | GGGUO | 120 | Concord 45 |
| 121 | Boost Shoes | 122 | Chaussures pour hommes |
| 123 | boot_350 | 124 | designer shoes 270 |
| 125 | discount brand shoes | 126 | Beluga |
| 127 | designer_shoe | 128 | factorydirectshoes |
| 129 | Boost 700 V2 | 130 | discountboost |
| 131 | ccc077 | 132 | cyx198395 |
| 133 | coco201811 | 134 | bigbigwinner |
| 135 | bears5 | 136 | qunxinkj1013 |
| 137 | panlong fashion | 138 | P Stores |
| 139 | shoes dc | 140 | Yakura |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 141 | guoyuan | 142 | Liaccessories |
| 143 | wh_a_wh | 144 | WenWUuXIAN |
| 145 | wenxuanwang | 146 | xujiaxuxu |
| 147 | hayontee | 148 | nvyyiiqhhab |
| 149 | Fast LEE | 150 | yuancuixia46963 |
| 151 | MEN SNENG SHULAGE STORE | 152 | wangqi545244 |
| 153 | zhangmeiying5633 | 154 | usieunfer |
| 155 | ningxiaopaijing | 156 | tangzifang |
| 157 | Moolen Saidwork Bentad | 158 | pengpenghe |
| 159 | GulunfenduankVb | 160 | ThomasRecker |
| 161 | lijingshopstate | 162 | Peggy Ryan |
| 163 | sergio Diaz | 164 | XxQueen |
| 165 | Jason Postorino | 166 | scott allen |
| 167 | johnn yofchou | 168 | Shawna Beckstrom |
| 169 | Westlund Florida | 170 | Shannon1 |
| 171 | Paula12 | 172 | rarnur9378 |
| 173 | feng4442585 | 174 | Heshoeyin Bags |
| 175 | Nicole Vredenburg | 176 | Huntington Simoneau |
| 177 | Qfdfcfcgfgchchfhfhfhvgffgh | 178 | Patrick Pool |
| 179 | Johnny Fulfer | 180 | zua8410shop |
| 181 | narrharvest | 182 | liveforeve |
| 183 | petuniacosmetic | 184 | mmgvishot |
| 185 | slaWayFlor | 186 | johnhughrr |
| 187 | geraldinethecaption | 188 | starsstarsship |
| 189 | RightSelect | 190 | yproud |
| 191 | pjbdhryxkge | 192 | Zhaodapengshop |
| 193 | slakompvc | 194 | KAPRALOPS |
| 195 | guotingfen | 196 | SUNDARISUNDARI |
| 197 | valenciajuan | 198 | tmapymkp |
| 199 | liken44 | 200 | partyshopp-pluss |
| 201 | sfr2 | 202 | rjw2 |
| 203 | hospitales infantiles | 204 | natisamfashion |
| 205 | sochick | 206 | otalebella |
| 207 | vegafast | 208 | itorogeorgeinyangruzki |
| 209 | Quentin Yeates |  |  |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/2341352 | 2 | aliexpress.com/store/2390111 |
| 3 | aliexpress.com/store/2725005 | 4 | aliexpress.com/store/2779014 |
| 5 | aliexpress.com/store/2956103 | 6 | aliexpress.com/store/2957084 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 7 | aliexpress.com/store/2963080 | 8 | aliexpress.com/store/3129007 |
| 9 | aliexpress.com/store/3364041 | 10 | aliexpress.com/store/4028001 |
| 11 | aliexpress.com/store/4406227 | 12 | aliexpress.com/store/4416026 |
| 13 | aliexpress.com/store/4416031 | 14 | aliexpress.com/store/4451022 |
| 15 | aliexpress.com/store/4936030 | 16 | aliexpress.com/store/5125105 |
| 17 | aliexpress.com/store/518298 | 18 | aliexpress.com/store/5366259 |
| 19 | aliexpress.com/store/5426052 | 20 | aliexpress.com/store/5429111 |
| 21 | aliexpress.com/store/5589462 | 22 | aliexpress.com/store/5605191 |
| 23 | aliexpress.com/store/5733233 | 24 | aliexpress.com/store/5777699 |
| 25 | aliexpress.com/store/5780976 | 26 | aliexpress.com/store/5790901 |
| 27 | aliexpress.com/store/5792049 | 28 | aliexpress.com/store/5800733 |
| 29 | aliexpress.com/store/5834234 | 30 | aliexpress.com/store/5872518 |
| 31 | aliexpress.com/store/5873926 | 32 | aliexpress.com/store/5877505 |
| 33 | aliexpress.com/store/5880199 | 34 | aliexpress.com/store/5890718 |
| 35 | aliexpress.com/store/5891184 | 36 | aliexpress.com/store/900237296 |
| 37 | aliexpress.com/store/900239179 | 38 | aliexpress.com/store/900239220 |
| 39 | aliexpress.com/store/900244394 | 40 | aliexpress.com/store/900245228 |
| 41 | aliexpress.com/store/900251285 | 42 | aliexpress.com/store/910316055 |
| 43 | aliexpress.com/store/910328311 | 44 | aliexpress.com/store/910339187 |
| 45 | aliexpress.com/store/910349133 | 46 | aliexpress.com/store/910363383 |
| 47 | aliexpress.com/store/910367179 | 48 | aliexpress.com/store/910559201 |
| 49 | amazon.com/sp?seller=A10PF49P6JYO7 | 50 | amazon.com/sp?seller=A14YSOOPE8VT32 |
| 51 | amazon.com/sp?seller=A15AR9ELKIETPU | 52 | amazon.com/sp?seller=A161NWT4VAY3OP |
| 53 | amazon.com/sp?seller=A19M4FU3SKYYW1 | 54 | amazon.com/sp?seller=A19W46I7TVDXTN |
| 55 | amazon.com/sp?seller=A1BQ0ESIZXPKXR | 56 | amazon.com/sp?seller=A1BS8X0KWLNR9W |
| 57 | amazon.com/sp?seller=A1CY4X4BR33N4X | 58 | amazon.com/sp?seller=A1FO8RXRJJAATE |
| 59 | amazon.com/sp?seller=A1IL04KSO6ZZWK | 60 | amazon.com/sp?seller=A1L7MIUXZZH9I2 |
| 61 | amazon.com/sp?seller=A1MBH39DVG8PJF | 62 | amazon.com/sp?seller=A1NH2WFCKX9S0P |
| 63 | amazon.com/sp?seller=A1RCYTN7RG6C1K | 64 | amazon.com/sp?seller=A1SLF56TNUF5KZ |
| 65 | amazon.com/sp?seller=A1WO9LMJI188D2 | 66 | amazon.com/sp?seller=A1YJ05MWY4N9S |
| 67 | amazon.com/sp?seller=A1Z5X5KI1OYATH | 68 | amazon.com/sp?seller=A20IB2WJ90IY28 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 69 | amazon.com/sp?seller=A24MIPRQQT0M49 | 70 | amazon.com/sp?seller=A27DJ41T7ADMOG |
| 71 | amazon.com/sp?seller=A2C262OUQZMO1E | 72 | amazon.com/sp?seller=A2D85EXE7WHBGG |
| 73 | amazon.com/sp?seller=A2JUXATO0IHDH2 | 74 | amazon.com/sp?seller=A2K5UEH9ZIB4R7 |
| 75 | amazon.com/sp?seller=A2PA8E8QBJLKXX | 76 | amazon.com/sp?seller=A2R294ZNWCZ3PN |
| 77 | amazon.com/sp?seller=A2SSYITEE22W12 | 78 | amazon.com/sp?seller=A2T3EYFT5QPUYL |
| 79 | amazon.com/sp?seller=A2TO2BGNHP7ZA | 80 | amazon.com/sp?seller=A2V0OLBDFB9C03 |
| 81 | amazon.com/sp?seller=A2V5281P9B199Y | 82 | amazon.com/sp?seller=A2VEWDRLRZDPWX |
| 83 | amazon.com/sp?seller=A2ZNWXNZCRO43P | 84 | amazon.com/sp?seller=A32Q0VP9CIOEN6 |
| 85 | amazon.com/sp?seller=A33370J95U9UKF | 86 | amazon.com/sp?seller=A33Q0UW5HZD9SE |
| 87 | amazon.com/sp?seller=A35PQ8J2OVA4H7 | 88 | amazon.com/sp?seller=A37U44GOXI75VX |
| 89 | amazon.com/sp?seller=A38MO62HK0C78E | 90 | amazon.com/sp?seller=A3AUCJOKCN0XV3 |
| 91 | amazon.com/sp?seller=A3C2CIY7IEQU1S | 92 | amazon.com/sp?seller=A3CRICLK44OH4M |
| 93 | amazon.com/sp?seller=A3EDO5NJ2Y8TQN | 94 | amazon.com/sp?seller=A3F8K0A9GR3CRF |
| 95 | amazon.com/sp?seller=A3GPNQ47M7QYC0 | 96 | amazon.com/sp?seller=A3IASTAM6QV1SK |
| 97 | amazon.com/sp?seller=A3J8Y9J48DNEWX | 98 | amazon.com/sp?seller=A3JCTFMMOJ1JTU |
| 99 | amazon.com/sp?seller=A3K1CNHX9HK7JE | 100 | amazon.com/sp?seller=A3KDJY0IV3OYMG |
| 101 | amazon.com/sp?seller=A3PCM2AUOF9YRT | 102 | amazon.com/sp?seller=A3V1LQSG2O7WNH |
| 103 | amazon.com/sp?seller=A486KT4AF4LGB | 104 | amazon.com/sp?seller=A54CKQLOYWJW1 |
| 105 | amazon.com/sp?seller=AA5UL1JND215M | 106 | amazon.com/sp?seller=AALMOPOT3NZNT |
| 107 | amazon.com/sp?seller=ABR52KQMKN765 | 108 | amazon.com/sp?seller=ADPMPXYR07822 |
| 109 | amazon.com/sp?seller=AFBEFB33WR6Y4 | 110 | amazon.com/sp?seller=AGSY9LGH7YIJI |
| 111 | amazon.com/sp?seller=ALWAX3RU8BXT9 | 112 | amazon.com/sp?seller=AS9F6OJMJ89HT |
| 113 | amazon.com/sp?seller=ATZO6MYGWW4EV | 114 | amazon.com/sp?seller=AVTCPFDSDPQCD |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 115 | amazon.com/sp?seller=AWWODKW3439VV | 116 | amazon.com/sp?seller=AXYHKXT1N2U6U |
| 117 | amazon.com/sp?seller=AYCFQOP6R3IHZ | 118 | amazon.com/sp?seller=AZD9T0G42CVVA |
| 119 | amazon.com/sp?seller=AZUFWOS61W09K | 120 | dhgate.com/store/20255454 |
| 121 | dhgate.com/store/20940038 | 122 | dhgate.com/store/20991237 |
| 123 | dhgate.com/store/20991285 | 124 | dhgate.com/store/21057418 |
| 125 | dhgate.com/store/21099664 | 126 | dhgate.com/store/21184088 |
| 127 | dhgate.com/store/21199276 | 128 | dhgate.com/store/21208253 |
| 129 | dhgate.com/store/21208299 | 130 | dhgate.com/store/21208528 |
| 131 | dhgate.com/store/21222802 | 132 | dhgate.com/store/21222952 |
| 133 | dhgate.com/store/21525822 | 134 | dhgate.com/store/21568934 |
| 135 | dhgate.com/store/21581593 | 136 | ebay.com/usr/qunxinkj1013 |
| 137 | wish.com/merchant/541ad407f8abc8283fa8d866 | 138 | wish.com/merchant/5556bda4d0f2a00e74a2391b |
| 139 | wish.com/merchant/565ed348df199b67aed97316 | 140 | wish.com/merchant/57e27d5b458f972e854f2a8c |
| 141 | wish.com/merchant/58548f5315c83d4cb41719ee | 142 | wish.com/merchant/58cd05646152de51878cc28f |
| 143 | wish.com/merchant/592822c2dfc41c520a49bf1b | 144 | wish.com/merchant/59bd181c0415f8510def3be1 |
| 145 | wish.com/merchant/59f5bacd6ea4a7667d9790ac | 146 | wish.com/merchant/5a437dc73c3aa24c6dc106df |
| 147 | wish.com/merchant/5aafc0b0ea87642317bc2bfc | 148 | wish.com/merchant/5af2632128c4d06fb22ee99b |
| 149 | wish.com/merchant/5d47907f72b0c90c9dff981d | 150 | wish.com/merchant/5e5dbe41cb7f7223be9d3f6e |
| 151 | wish.com/merchant/5e5f6e6629e786564007a08e | 152 | wish.com/merchant/5e606fc9a6757ddac3430596 |
| 153 | wish.com/merchant/5e61fe5f48e46d18909a592d | 154 | wish.com/merchant/5e621cea29e7865d29976061 |
| 155 | wish.com/merchant/5e66015f00ff37d78092292f | 156 | wish.com/merchant/5e67542848b58777364bee66 |
| 157 | wish.com/merchant/5e698df61886441e80c778c6 | 158 | wish.com/merchant/5e69ff98cfd53477d54fa749 |
| 159 | wish.com/merchant/5e6cc8305510407dcca3903a | 160 | wish.com/merchant/5e71c214f2bef60741bd389a |
| 161 | wish.com/merchant/5e7eb8c0ffdf39df29fd82ad | 162 | wish.com/merchant/5e82af1ddcbc7ea33de4a2f2 |
| 163 | wish.com/merchant/5e86ceaed9c52d24eec6abba | 164 | wish.com/merchant/5e8d7228ddbbc6c826a02e56 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 165 | wish.com/merchant/5e8eb7fb51655357efd4ed8c | 166 | wish.com/merchant/5e8ebbb5ff68543241a78e86 |
| 167 | wish.com/merchant/5e8f2e6129e7866740a2f208 | 168 | wish.com/merchant/5e90342311809478b2cc00c6 |
| 169 | wish.com/merchant/5e91c683646cd4ab27988cbb | 170 | wish.com/merchant/5e95e0a325bb5e7871242578 |
| 171 | wish.com/merchant/5e965ea97940bf10c43cde20 | 172 | wish.com/merchant/5e9a9d71a4259327d498a68b |
| 173 | wish.com/merchant/5e9d417bda2ff2acfd42b9ea | 174 | wish.com/merchant/5e9e5e9086a50ed8f31df8ea |
| 175 | wish.com/merchant/5e9fe603069202b3333d9bcc | 176 | wish.com/merchant/5e9fed6906920295683d9c53 |
| 177 | wish.com/merchant/5eb0114b8108df44842a5e7d | 178 | wish.com/merchant/5eb752191e9cc003c6a4582b |
| 179 | wish.com/merchant/5ed304588700b862a2c2bca0 | 180 | wish.com/merchant/5f34c3a1fe021d003cb16d0a |
| 181 | wish.com/merchant/5f47bf85d3c8305c57b7862b | 182 | wish.com/merchant/5f4920f2d396a4ae2ef945d8 |
| 183 | wish.com/merchant/5f6793607cc0a0aa5ad40eaa | 184 | wish.com/merchant/5f72477cc3db6ece61979fd6 |
| 185 | wish.com/merchant/5f7520eca844ab232e0d94ca | 186 | wish.com/merchant/5f78967fd359e0de6069d690 |
| 187 | wish.com/merchant/5f7c8b6fa59b11802fcdeec4 | 188 | wish.com/merchant/5f7c906ab92574003de58857 |
| 189 | wish.com/merchant/5f7d1edd21470c0e4e73019a | 190 | wish.com/merchant/5f810f2cc9a075156fa13275 |
| 191 | wish.com/merchant/5f888adee6872e4ad0ab6d43 | 192 | wish.com/merchant/5f898236929434b2c53b29c1 |
| 193 | wish.com/merchant/5f89fdeee8304c0050f77efe | 194 | wish.com/merchant/5f8cec307d0a106583966f65 |
| 195 | wish.com/merchant/5f8e525615e68997cffcfb5d | 196 | wish.com/merchant/5f91ab78446a0da7fdd5f889 |
| 197 | wish.com/merchant/5f91c7f44e0ae1cff22f609c | 198 | wish.com/merchant/5f93cec60efac10ad0fbfcf5 |
| 199 | wish.com/merchant/5f949a15f44296e5bbdfb78b | 200 | wish.com/merchant/5f94c7d40efac17b44fbff41 |
| 201 | wish.com/merchant/5f95e1e12826a97ff5c5e359 | 202 | wish.com/merchant/5f95e52a2826a9b6c2c5e3a7 |
| 203 | wish.com/merchant/5f96287166aefc7f58c95921 | 204 | wish.com/merchant/5f984bf8ea663414b956f263 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 205 | wish.com/merchant/5f985f4af4643e2631e6ddf4 | 206 | wish.com/merchant/5f987e3dea6634426d56f26f |
| 207 | wish.com/merchant/5f988f05f4643ea4bde6df00 | 208 | wish.com/merchant/5f98da712a477919226fb6ad |
| 209 | wish.com/merchant/5f9f643f05fdc603df9da257 | | |